UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re                                               )
                                                    )
JOSEPH ANTHONY RISKO,                               )        Case No: 6:26-bk-03890-LVV
                                                    )
Debtor(s).                                          )        Chapter 13
                                                    )

**HEARINGS ON RELATED MATTERS**
**PREVIOUSLY SCHEDULED FOR**
**JULY 14th, 2026 at 11:00 a.m.**

**DEBTOR'S MOTION TO SELL**
To wit: Homestead / TBE Real Property

Debtor, by and through the undersigned attorney, now files this Motion to Sell, to wit: Homestead / TBE Real Property. The related property is fully exempt as homestead and TBE, but the Debtor files this Motion to seek a comfort order and in doing so states:

Debtor is downsizing and is selling his TBE homestead to pay the two mortgages, property taxes and homeowner's association. This will allow him to better afford his Plan while he disputes and negotiates with the IRS. Excess proceeds will be placed in escrow pending resolution of the IRS claim and lien.

1.  Debtor filed this bankruptcy case on May 27, 2026.

2.  Debtor now wishes to sell his homestead to pay off the first mortgage, the second mortgage, property taxes and his homeowner's association (hereinafter the "Ownership Lienholders").

3. The Real Property to be sold is located at 1911 BRIDGEWATER DR, LAKE MARY, FL 32746, identified as Parcel ID # 10-20-29-501-0000-0220. A pending contract is attached as Exhibit A.

4. The property has significant additional equity beyond the amounts due the Ownership Lienholders.

5. The Debtor has a tax lien by the IRS which claims to consume any remaining equity.

6. The Debtor is currently engaging tax counsel and is disputing or otherwise negotiating debts owed the IRS.

7. The Debtor proposes to place excess proceeds in escrow pending the outcome of those discussions with the IRS.

WHEREFORE, Debtor(s) respectfully request that the Court enter a (comfort) order allowing the sale of the Real Property.

/s/ L. Todd Budgen  
L. Todd Budgen  
Budgen Law  
Florida Bar no: 0296960  
P.O. Box 520546  
Longwood, FL. 32752  
(407) 481-2888  
Attorney for Debtor

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail, postage prepaid, on or before June 8, 2026 to the attached matrix.

<u>/s/ L. Todd Budgen</u>
L. Todd Budgen