UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:
CASE NO.: 6:26-bk-03890-LVV
Chapter 13

JOSEPH ANTHONY RISKO,

     Debtor(s).

_____/

### TRUSTEE'S CONSENT TO DEBTOR'S MOTION TO SELL PROPERTY

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee in the above captioned case, and hereby conditionally consents to the entry of an Order Granting the Debtor's Motion to Sell Property (Doc. No. 29), relating to the property located at 1911 Bridgewater Dr., Lake Mary, FL 32746, as long as any order which may be entered that grants the motion provides that:

1. The property is to be sold free and clear of any and all liens; and,

2. A true and correct copy of any closing statement for said transaction is provided to the Trustee within ten (10) days of the date of the closing of any sale of the property.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Electronic Notification and/or by U.S. Mail to: All Creditors and Parties in Interest as listed on the attached Court Mailing Matrix, this 13th day of July, 2026.

/s/ Laurie K. Weatherford
LAURIE K. WEATHERFORD, Trustee
Stuart Ferderer, Esq.
Fla. Bar No. 0746967
Ana V. De Villiers, Esq.
Fla. Bar No. 0123201
Post Office Box 3450
Winter Park, FL 32790-3450
Telephone: (407) 648-8841
Fax: (407) 648-2665
info@c13orl.com

Label Matrix for local noticing
113A-6
Case 6:26-bk-03890-LVV
Middle District of Florida
Orlando
Mon Jul 13 14:02:10 EDT 2026

Ford Motor Credit Company LLC, c/o AIS Portf
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Joseph Anthony Risko
1911 Bridgewater Drive
Lake Mary, FL 32746-6911

U.S. Bank National Association
Robertson, Anschutz, Schneid, Crane
13010 Morris Road, Suite 450
Alpharetta, GA 30004-2001

Allure on the Parkway
1400 Encore Place
Lake Mary, FL 32746-5611

Bank of America
PO BOX 982238
EL PASO, TX 79998-2238

Bank of America
PO Box 673033
Dallas, TX 75267-3033

Black Cub, LLC -
PO BOX 31191
Tampa, FL 33631-3191

Capital One
PO BOX 31293
SALT LAKE CITY, UT 84131-0293

Cheryl Risko
1911 Bridgewater Dr
Lake Mary, FL 32746-6911

Citibank Cbna
5800 SOUTH CORPORATE PLACE
SIOUX FALLS, SD 57108-5027

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Ford Motor Credit Comp
PO BOX 542000
OMAHA, NE 68154-8000

Ford Motor Credit Company LLC c/o AIS Portfo
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

GREENPOINT MORTGAGE FUNDING INC
CO MCMICHAEL TAYLOR GRAY LLC
3550 ENGINEERING DR STE 260 PEACHTREE
CORNERS GA 30092-2871

HEATHROW MASTER ASSOCIATION INC
C O ARIAS BOSINGER PLLC
280 W CANTON AVE
STE 330
WINTER PARK FL 32789-3167

HEATHROW WOODS HOMEOWNERS ASSOCIATION INC
C O ARIAS BOSINGER PLLC
280 W CANTON AVE
STE 330
WINTER PARK FL 32789-3167

INTERNAL REVENUE SERVICE -
PO BOX7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Jpmcb - Home Lending
700 KANSAS LN
MONROE, LA 71203-4774

OFFICE OF THE UNITED STATES ATTORNEY
C O CIVIL PROCESS CLERK
400 W WASHINGTON ST
STE 3100
ORLANDO FL 32801-2203

RUSHMORE SERVICING
8950 CYPRESS WATERS BLVD
COPPELL TX 75019-4620

Robertson, Anschutz et al
6409 Congress Ave 100
Boca Raton, FL 33487-2853

Rushmore Servicing
PO Box 619096
Dallas, TX 75261-9096

SANTANDER CONSUMER USA Inc. -
P.O. Box 560284
Dallas, TX 75356-0284

Santander Bank, N.A
PO BOX 961211
FORT WORTH, TX 76161-0211

Santander Consumer Usa
PO BOX 961245
FT WORTH, TX 76161-0244

Select Portfolio Svcin
PO BOX 65250
SALT LAKE CITY, UT 84165-0250

Seminole County Tax Collector
PO Box 630
Sanford, FL 32772-0630

Sentry Management
c/o Heathrow Woods HOA
2180 W. SR 434 Ste. 5000
Longwood, FL 32779-5044

Suntrust Banks of Fl
PO BOX 4986
ORLANDO, FL 32802-4986

Susan Risko
1400 Encore Place
Lake Mary, FL 32746-5611

U S BANK NATIONAL ASSOCIATION
C O ROBERTSON ANSCHUTZ SCHNEID CRANE
6409 CONGRESS AVE STE 100
BOCA RATON FL 33487-2853

U S BANK NATIONAL ASSOCIATION
C O SELECT PORTFOLIO SERVICING INC
3217 S DECKER LAKE DRIVE
SALT LAKE CITY UT 84119-3284

USAA
PO Box 272410
Boca Raton, FL 33427-2410

USAA Federal Savings Bank
c/o Robertson, Anschutz, Schneid et al
6409 Congress AVe 100
Boca Raton, FL 33487-2853

Vistana Vacation Owner
9002 SAN MARCO CT
ORLANDO, FL 32819-8600

Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

L Todd Budgen +
Budgen Law Group
PO Box 520546
Longwood, FL 32752-0546

United States Trustee - ORL7/13 7 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Carlos R Arias +
Arias Bosinger, PLLC
280 W. Canton Ave., Ste. 330
Winter Park, FL 32789-3167

Lindsey A Savastano +
McMichael Taylor Gray, LLC
3550 Engineering Drive
Ste 260
Peachtree Corners, GA 30092-2871

Giselle Velez +
Robertson, Anschutz, Schneid, Crane & Pa
6409 Congress Avenue
Suite 100
Boca Raton, FL 33487-2853

Lori V. Vaughan +
Orlando
, FL

Seminole County Tax Collector (JAV) +
PO Box 630
Sanford, FL 32772-0630

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FORD MOTOR CREDIT COMPANY
PO BOX 537901
LIVONIA MI 48153

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Heathrow Woods Homeowners' Association,

(u)UMB Bank, National Association, not in

(d)Joseph Anthony Risko
1911 Bridgewater Dr
Lake Mary, FL 32746-6911

(d)Seminole County Tax Collector -
Post Office Box 630
Sanford FL 32772-0630

(u)Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

--------------------------------------------

Note: Entries with a '-' at the end of the
name have filed a claim in this case

End of Label Matrix
Mailable recipients     46
Bypassed recipients      5
Total                   51