

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

### 07/14/2026 11:00 AM

### COURTROOM 6C, 6th Floor

## HONORABLE LORI VAUGHAN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:26-bk-03890-LVV** | **13** | **05/27/2026** |

**Chapter 13**

**DEBTOR:** Joseph Risko

**DEBTOR ATTY:** **L Budgen**

**TRUSTEE:** **Laurie Weatherford**

**HEARING:**

1) Debtor's Motion to Extend Automatic Stay (Doc #15)
Non-Oppositional Response by UMB Bank (Doc #31)
2) Debtor's Motion to Sell. Property description: Homestead / TBE Real Property located at 1911 BRIDGEWATER DR, LAKE MARY, FL 32746. (Doc #29)
Trustee's Consent (Doc #2)
Prior Case:
25-06722          Ch13 filed in Florida Middle on 10/20/2025, Dismissed for failure to make plan payments on 01/31/2026

**APPEARANCES::**
Laurie Weatherford: Trustee; Todd Budgen: Debtor; Lorne Durket: UMB Bank

**RULING:**
1) Debtor's Motion to Extend Automatic Stay   (Doc #15) - Granted; order by Budgen.


2) Debtor's Motion to Sell. Property description: Homestead / TBE Real Property located at 1911 BRIDGEWATER DR, LAKE MARY, FL 32746 . (Doc #29)   - Trustee's Consent (Doc #32) - Non-Oppositional Response by UMB Bank   (Doc #31) - Granted; order by Budgen.

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.