UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

Joseph Anthony Risko

CASE NO: 6:26-bk-03890-LVV

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 30

On 7/10/2026, I did cause a copy of the following documents, described below,

Notice of Hearing: Motion to Sell ECF Docket Reference No. 30

Motion to Sell. Property description: Homestead / TBE Real Property located at 1911 BRIDGEWATER DR, LAKE MARY, FL 32746  29

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/10/2026

/s/ /s/ L. Todd Budgen
/s/ L. Todd Budgen  0296960
Attorney for Debtor
Budgen Law
PO Box 520546
Longwood, FL 32752
407-481-2888
tbudgen@mybankruptcyfirm.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

Joseph Anthony Risko

CASE NO: 6:26-bk-03890-LVV

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 30

On 7/10/2026, a copy of the following documents, described below,

Notice of Hearing: Motion to Sell ECF Docket Reference No. 30

Motion to Sell. Property description: Homestead / TBE Real Property located at 1911 BRIDGEWATER DR, LAKE MARY, FL 32746  29

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/10/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
/s/ L. Todd Budgen
Budgen Law
PO Box 520546
Longwood, FL  32752

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

IRS
C/O OFFICER, MANAGER OR REGISTERED AGENT
P.O. BOX 7346
PHILADELPHIA, PAÊ 19101-7346

IRS
C/O OFFICER, MANAGER OR REGISTERED AGENT
P.O. BOX 7317,
PHILADELPHIA, PAÊ 19101-7317

US ATTORNEY GENERALÕS OFFICE
MIDDLE DISTRICT OF FLORIDA
ATTN:Ê CIVIL PROCESS CLERK
400 W. WASHINGTON STREET, SUITE 3100
ORLANDO, FL 32801

TODD BLANCHE
ATTORNEY GENERAL OF THE UNITED STATES
US DEPARTMENT OF JUSTICE
ATTN:Ê CIVIL PROCESS CLERK
950 PENNSYLVANIA AVE, NW
WASHINGTON, DC 20530-0001;

INTERNAL REVENUE SERVICE
WASHINGTON, DC 20530

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVENUE, NW
WASHINGTON, DC 20224

INTERNAL REVENUE SERVICE
INSOLVENCY UNIT
400 W BAY STREET, SUITE 35045
STOP 5730-GRP 3
JACKSONVILLE, FL 32202

JOHN WHITTEN
BANKRUPTCY SPECIALIST
INTERNAL REVENUE SERVICE
127 INTERNATIONAL DRIVE, M/S 146
FRANKLIN, TN 37067-1760