# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
### Orlando Division

IN RE:                                                    Case No:      6:26-bk-03890-LVV

**JOSEPH ANTHONY RISKO**

                                          Debtor   /              Chapter 13

_____

### TRUSTEE'S MOTION TO DISMISS CASE FOR DEBTOR'S FAILURE TO COMPLY WITH 11 U.S.C. §1308 AND §521

<table>
<tr><td>

**Notice of Opportunity to Object and Request for Hearing**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 400 W. Washington Street, Suite 5100, Orlando, Florida 32801 and serve a copy of the same on the Chapter 13 Trustee, Laurie K. Weatherford, Post Office Box 3450, Winter Park, Florida 32790 (and any other appropriate persons) within the time frame allowed within 21days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

</td></tr>
</table>

COMES NOW, Laurie K. Weatherford, the Chapter 13 Trustee, and files this Motion under 11 U.S.C. §1307(e) and §521 (e)(B) and states:

1.  That pursuant to 11 U.S.C. §1308(a), the debtor is required to:

"No later than the day before the date on which the meeting of creditors is first scheduled …, if the debtor was required to file a tax return under non-bankruptcy law, the debtor shall file with the appropriate tax authorities all tax returns for all taxable periods ending during the 4 year period ending on the date of filing the petition."

2.  That pursuant to 11 U.S.C. § 521(e)(2)(A), the debtor shall provide:

"Not later than seven days before the date first set for the first meeting of creditors, to the trustee

a copy of the Federal income tax return required under applicable law for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return was filed.

3.  That based upon information and belief, the debtor has not complied with 11 U.S.C. §1308(a) and §521(e)(2)(A) and as such this matter cannot be confirmed pursuant to 11 U.S.C. §1325(a)(9) and must be converted or dismissed.

4.  That the debtor's failure to comply with 11 U.S.C. §1308(a) and §521(e)(2)(A) are grounds for dismissal or conversion of the case pursuant to 11 U.S.C. §1307(e) and §521(e)(B).

WHEREFORE, the Trustee moves this Court to dismiss this case.

## Certificate of Service

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served upon the parties listed below by first-class U.S. Mail, postage prepaid or by Electronic Notification through the Court's ECF System at the e-mail address registered with the Court, on this 20th day of July,  2026.

**Debtor** - Joseph Anthony Risko, 1911 Bridgewater Drive, Lake Mary, FL  32746
**Debtor's Attorney -** L Todd Budgen, Budgen Law Group, Po Box 520546, Longwood, FL  32752-0546

**/S/ LAURIE K. WEATHERFORD**

Chapter 13 Trustee
Stuart Ferderer
FBN 0746967
Ana DeVilliers
FBN 0123201

PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
info@c13orl.com