Outlook

**FW: Case No. 6:26-bk-03890-LVV**

| | |
|---|---|
| **From** | Laurel Adkins <laurela@c13orl.com> on behalf of Info <info@c13orl.com> |
| **Date** | Fri 7/17/2026 10:03 AM |
| **To** | Adriana Olmeda <adrianao@c13orl.com>; Carrie Smith <carries@c13orl.com> |
| **Cc** | Info <info@c13orl.com>; Laurie Weatherford <lauriew@c13orl.com> |

Please find below an anonymous email regarding this case. It was in the junk mail folder on Info.

Laurel 'Artimis' Adkins
Case Manager, Ch. 13 Office

Laurie K. Weatherford
Chapter 13 Bankruptcy Trustee

Phone: (407) 648-8841 | Fax: (407) 648-2665
Active Phone Hours: Mon-Thurs 8:30am-12pm, 1pm-4pm, & Fri 8:30am-1pm

-----Original Message-----
From: ANONYMOUS <anonymousemail9753156@gmail.com>
Sent: Monday, July 13, 2026 7:44 AM
To: Info <info@c13orl.com>
Subject: Case No. 6:26-bk-03890-LVV

I am writing regarding the sale of a home in the bankruptcy case of Joseph Anthony Risko (Case No. 6:26-bk-03890-LVV, Middle District of Florida), which may be relevant to the interests of the creditors.

The property at 1911 Bridgewater Drive Heathrow, Florida was listed for sale at $2,119,000 and received multiple competing offers, including one that exceeded the list price. The selected contract has a sale price of $1,900,000.  The contract is with a neighbor of the Debtor, and the listing agent appears to be acting as a dual agent representing both parties.

I am not suggesting that any misconduct occurred.  However, I respectfully suggest that the Trustee review the process and contracts to determine whether the accepted contract reflects the highest and best sales price.

Respectfully,

Anonymous