UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: Case No. 6:26-bk-03890-LVV
Chapter 13

JOSEPH ANTHONY RISKO,

Debtor(s).
_________________________________/

**TRUSTEE'S NOTICE OF FILING CORRESPONDENCE**

COMES NOW, the Chapter 13 Trustee, Laurie K. Weatherford, and files with the Court a copy of email correspondence sent to the Trustee on, Margaret May Williamson, on July 17th, 2026.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have forwarded a true and correct copy of the foregoing via United States Regular Mail or by electronic transmission on August 17, 2026 to the following:

**Debtor** – Joseph Anthony Risko, 1911 Bridgewater Drive, Lake Mary, FL 32746

BY: /s/ Laurie K. Weatherford
LAURIE K. WEATHERFORD, Trustee
Stuart Ferderer, Esquire
Fla. Bar No. 0746967
Ana V. De Villiers, Esquire
Fla Bar No. 0123201
Post Office Box 3450
Winter Park, Florida 32790-3450
Telephone: (407) 648-8841
Facsimile: (407) 648-2665
info@c13orl.com

Outlook

**FW: Case No. 6:26-bk-03890-LVV**

**From** Laurel Adkins <laurela@c13orl.com>
on behalf of
Info <info@c13orl.com>
**Date** Fri 7/17/2026 10:03 AM
**To** Adriana Olmeda <adrianao@c13orl.com>; Carrie Smith <carries@c13orl.com>
**Cc** Info <info@c13orl.com>; Laurie Weatherford <lauriew@c13orl.com>

Please find below an anonymous email regarding this case. It was in the junk mail folder on Info.

Laurel 'Artimis' Adkins
Case Manager, Ch. 13 Office

Laurie K. Weatherford
Chapter 13 Bankruptcy Trustee

Phone: (407) 648-8841 | Fax: (407) 648-2665
Active Phone Hours: Mon-Thurs 8:30am-12pm, 1pm-4pm, & Fri 8:30am-1pm

-----Original Message-----
From: ANONYMOUS <anonymousemail9753156@gmail.com>
Sent: Monday, July 13, 2026 7:44 AM
To: Info <info@c13orl.com>
Subject: Case No. 6:26-bk-03890-LVV

I am writing regarding the sale of a home in the bankruptcy case of Joseph Anthony Risko (Case No. 6:26-bk-03890-LVV, Middle District of Florida), which may be relevant to the interests of the creditors.

The property at 1911 Bridgewater Drive Heathrow, Florida was listed for sale at $2,119,000 and received multiple competing offers, including one that exceeded the list price. The selected contract has a sale price of $1,900,000. The contract is with a neighbor of the Debtor, and the listing agent appears to be acting as a dual agent representing both parties.

I am not suggesting that any misconduct occurred. However, I respectfully suggest that the Trustee review the process and contracts to determine whether the accepted contract reflects the highest and best sales price.

Respectfully,

Anonymous