ORDERED.

**Dated: August 31, 2026**

Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

JOSEPH ANTHONY RISKO

Debtor.
_______________________________________/

Case No. 6:26-bk-03890-LVV

Chapter 13
Subchapter V

**ORDER GRANTING DEBTOR'S MOTION TO SELL**

THIS CASE came on for hearing on July 14th, 2026 to consider the *Debtor's Motion to Sell* (Doc. 29, "Motion"). The Court, having reviewed the Motion, having found the Court has jurisdiction over this matter, being fully advised in the premises and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, it is

**ORDERED:**

1. The Motion is hereby **GRANTED**.

2. The real property identified as 1911 BRIDGEWATER DR, LAKE MARY, FL 32746, identified as Parcel ID # 10-20-29-501-0000-0220 may be sold, subject to the conditions set forth herein.

3. The sale shall take place on or before Monday, October 12, 2026, 90 days after the hearing in this matter.

3. All lien holders shall be paid in full in their relative order of priority, excluding the Internal Revenue Service ("IRS")[1].

4. After all funds have been paid to any lien holders with priority greater than the IRS, the remaining funds shall be placed in escrow, pending outcome of a resolution with the IRS or subordinate lien holders.

Attorney for Debtor, L. Todd Budgen, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.

[1] The IRS is believed to be the last and final lienholder.