UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| JOSEPH ANTHONY RISKO, | ) | Case No: 6:26-bk-03890-LVV |
| | ) | |
| Debtor(s). | ) | Chapter 13 |
| | ) | |

**RESPONSE TO MOTION TO DISMISS**

Debtor, by and through the undersigned attorney, now files this Response to the Motion to Dismiss and in support thereof states:

1. A Motion to Dismiss for Failure to make Plan Payments was filed by the Chapter 13 Trustee.
2. The Debtor has decided to surrender his homestead. Furthermore, the Debtor will move to value the IRS, as the homestead, with about $800,000.00 of equity before the IRS lien, was the majority sum of his assets.
3. The undersigned will file a new Plan within seven (7) calendar days and a Motion to value the IRS shortly thereafter.

WHEREFORE, Debtor(s) respectfully requests that the Court deny or abate the Trustee's Motion to Dismiss.

/s/ L. Todd Budgen
L. Todd Budgen
Budgen Law
Florida Bar no: 0296960
P.O. Box 520546
Longwood, FL. 32752
(407) 481-2888
Attorney for Debtor

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been sent by CM / ECF, on or before October 20, 2026 to the Chapter 13 Trustee and all other parties who receive CM / ECF.

/s/ L. Todd Budgen
L. Todd Budgen